IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DORSEY W. MCCULLOUGH, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | 3:06-0732 |
| | ) | |
| AMERICAN GENERAL INSURANCE, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

    Before the Court is the Report and Recommendation of Magistrate Judge Brown, Document #49, recommending that the case against Defendant John R. Bryant be dismissed without prejudice for failure to show proof of service of process under Rule 4(m), and the Report and Recommendation of Magistrate Judge Brown, Document #50, recommending the case against Defendant Phillip Robert Cousin, Sr. be dismissed without prejudice for failure to obtain service of process under Rule 4(m).

    On December 30, 2006 Plaintiff Dorsey McCullough received by certified mail copies of Magistrate Judge Brown's Reports and Recommendations, Documents #49 and #50 and Magistrate Judge Brown's Order, Document #51. The Plaintiff, Dorsey W. McCullough, has not filed any written objections within ten days of his receipt of the Reports and Recommendations.

    The Court has read and considered the Magistrate Judge's Reports and Recommendations and finds that the Reports, Documents #49 and #50, are correct in law and fact.

    For the reasons set forth in the Reports and Recommendations, Documents #49 and #50, Defendants John R. Bryant and Phillip Robert Cousin, Sr. are dismissed without prejudice for failure to obtain service of process under Rule 4(m). The Clerk is directed to send copies to Plaintiff and Mr. McCullough's former attorney.

    It is so ORDERED.

                                                    _____
                                                  Thomas A. Wiseman, Jr.
                                                  Senior United States District Judge